UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CR-36-1BO (1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| JONATHAN BAYSDEN, | ) | |
| Defendant | ) | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry No. 32 and its accompanying Order be sealed until such time as requested to be unsealed by the Defendant.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the office of Counsel for the Defendant.

SO ORDERED. This __17__ day of June, 2014.

Terrence W. Boyle
United States District Judge